**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES LAUZIER,**<br>Plaintiff,<br>***v.***<br>**STATE FARM AUTOMOBILE INSURANCE COMPANY,**<br>Defendant. | **CIVIL ACTION**<br>**No. 26-2752-KSM** |

**MEMORANDUM**

**AND NOW** this 27th day of July, 2026, upon consideration of Defendant's partial Motion to Dismiss (Doc. No. 10), Plaintiff's opposition brief (Doc. No. 13), Defendant's reply brief (Doc. No. 15), and Plaintiff's surreply brief (Doc. No. 16), it is **ORDERED** that the motion is **GRANTED** as follows:

1. Count II is **DISMISSED WITHOUT PREJUDICE.** Plaintiff may amend this claim if he can in good faith cure the deficiencies identified in the accompanying Memorandum. Plaintiff shall either file an amended complaint or notify Defendant that he does not intend to file an amended complaint by **August 3, 2027.** Defendant shall respond to the operative complaint within **14 days** of Plaintiff filing an amended complaint or providing notice that he does not intend to amend.

2. Count III is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*

**KAREN SPENCER MARSTON, J.**